UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY FULTON,<br><br>          Plaintiff,<br><br>    v.<br><br>P.L. VASQUEZ, et al.<br><br>          Defendants.<br>_____/ | CASE NO.   1:10-cv-275-MJS (PC)<br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (DOC. 9) |

Plaintiff Billy Fulton ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Before the Court is Plaintiff's Motion for Leave to File Amended Complaint (Docket # 9). Plaintiff filed his proposed First Amended Complaint at the same time he filed the instant motion. Federal Rule of Civil Procedure 15(a) provides that a pleading may be amended once as a matter of course so long as no defendant has served a responsive pleading. In this case, no defendant has yet served a responsive pleading.

Accordingly, Plaintiff's Motion for Leave to File Amended Complaint (Docket # 9) is GRANTED. The Court will accept Plaintiff's First Amended Complaint (Docket # 10) as the operative pleading in this case.

IT IS SO ORDERED.

Dated:   June 12, 2010                    /s/ *Michael J. Seng*
                                                                 UNITED STATES MAGISTRATE JUDGE

1